**Petition for Writ of Mandamus Denied and Memorandum Opinion filed February 11, 2022.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-22-00081-CV**

---

**IN RE STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-36379**

---

## MEMORANDUM OPINION

On February 8, 2022, relator State Farm Mutual Automobile Insurance Company filed a petition for writ of mandamus and a motion for temporary relief in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Donna Roth, presiding judge of the 295th District Court of Harris County, to vacate its January 11, 2022 order granting plaintiff's motion to compel deposition, deny plaintiff's motion to

compel, and require plaintiff to pay the professional fees associated with plaintiff's deposition of Rex Marco, M.D.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's request for temporary relief and relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Poissant, and Wilson.